**FILED**
5/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BI

1:25-cr-00283
Judge Martha M. Pacold
Magistrate Judge Keri L. Holleb Hotaling
Random/Cat. 3

**FELONY**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Jordan Roman | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Fraud - III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Section 1343**

Assistant United States Attorney(s): **Jared Hasten**

Contact Person and Phone Number: **Jared Hasten, 312 353 5354**