# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                             Case No.: 1:25−cr−00283
                                            Honorable Martha M. Pacold

Jordan Roman

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: as to Jordan Roman: Probation Dept.'s request to reset the sentencing hearing is granted without objection. The sentencing hearing set for 10/3/2025 is stricken and reset to 12/17/2025 at 10:00 a.m. in Courtroom 2325. The Presentence Report (PSR) is due by 10/31/2025. Objections to the PSR are due by 11/21/2025. Any responses to the objections are due by 12/3/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.