UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 283-1 |
| | ) | |
| JORDAN ROMAN, | ) | The Honorable |
| | ) | Martha M. Pacold, |
| Defendant. | ) | Judge Presiding. |

**DEFENDANT'S MOTION TO PREPAY RESTITUTION**

Now comes the defendant, JORDAN ROMAN, by and through his attorney, MARC M. BARNETT, pursuant to the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments of the Constitution of the United States, hereby requests that the Court enter an order directing the Clerk of the United States District Court for the Northern District of Illinois to accept Defendant's restitution payments prior to the official entry of judgment in this case. In support of this motion, Defendant, through his counsel, states the following:

1. Mr. Roman entered a plea of guilty pursuant to a written plea agreement on July 9, 2025. (Dkt. No. 11)

2. The Government's Version of the Offense contemplates Mr. Roman owing $500,000.00 in restitution. Mr. Roman wishes to prepay a substantial amount of this restitution prior to sentencing.

3. The Clerk of the United States District Court for the Northern District of Illinois will not accept restitution payments prior to entry of final judgment without a court order.

WHEREFORE, the Defendant requests an order instructing the clerk of the court to accept

1

pre-sentencing payments of restitution. A proposed order is attached and will be sent separately to the court's proposed orders mailbox.

                                                            Respectfully submitted,

                                                            /s/ Marc M. Barnett
                                                            MARC M. BARNETT
                                                            Attorney for Jordan Roman

MARC M. BARNETT
53 W. Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 719-0376

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 283-1 |
| | ) | |
| **JORDAN ROMAN,** | ) | The Honorable |
| | ) | **Martha M. Pacold,** |
| Defendant. | ) | Judge Presiding. |

## [PROPOSED] ORDER

The Clerk for the United States District Court for the Northern District of Illinois is hereby directed to accept restitution payments from Defendant Jordan Roman prior to entry of final judgment in this case, 25 CR 283.

So ordered.

Date:_____            _____
                                                                          Hon. Martha M. Pacold

3

## **CERTIFICATE OF SERVICE**

      I, Marc M. Barnett, the attorney for Defendant Jordan Roman, hereby certify that I filed the above-described document on the CM-ECF system of the United States District Court for the Northern District of Illinois, which constitutes service of the same.

      Respectfully submitted,

      /s/ Marc M. Barnett
      MARC M. BARNETT
      Attorney for Jordan Roman

MARC M. BARNETT
53 W. Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 719-0376