UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JORDAN ROMAN | No. 25 CR 283<br><br>Hon. Martha M. Pacold |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by and through its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and the defendant, JORDAN ROMAN, individually and through his attorney, MARC BARNETT, provide this joint status report as directed by the Court in the Order entered on September 5, 2025 (Dkt. # 14.)

1. The government does not oppose the defendant's motion to prepay restitution (Dkt. #13).

Dated: July 3, 2025                Respectfully submitted,

FOR the UNITED STATES OF AMERICA        For JORDAN ROMAN

ANDREW S. BOUTROS
United States Attorney

BY:   s/ *Jared Hasten*            /s/ *Marc Barnett*
      JARED HASTEN                 MARC BARNETT
      Assistant U.S. Attorney      Law Offices of Marc M. Barnett
      219 S. Dearborn St.          53 W. Jackson Blvd., Suite 1442
      Chicago, Illinois 60604      Chicago, Illinois 60606
      (312) 353-5300               (312) 217-5019

1