# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 25 CR 283 |
| ) | |
| v. ) | Hon. Martha M. Pacold |
| ) | |
| Jordan Roman ) | |

## ORDER

    Defendant's motion for order of prepayment of restitution, [13], is granted. The Clerk for the United States District Court for the Northern District of Illinois is hereby directed to accept restitution payments from Defendant Jordan Roman prior to entry of final judgment in this case, 25-cr-00283. The Clerk of Court is directed to forward a copy of this order to the Clerk's Office Fiscal Department.

Date: September 19, 2025                             /s/ Martha M. Pacold