Dear Judge Pacold,

Your Honor, I am writing to convey my remorse and contrition for my conduct. I am truly sorry. I want to sincerely apologize to the victim and this Honorable Court. Moreover, I want my actions to speak louder than my repentant words, which is why I am in the process of making full restitution to the victim as quickly as possible.

My family means everything to me. I have been married to my wife, Samantha, for 16 years. We have two teenage children, Charlotte and Ryder, as well as two dogs, Harry and Sally. I am also close with my parents and my sisters. My family has stood by me through this matter, and I am eternally grateful for their love and support. However, from the moment I was arrested, I have reflected upon the anguish I have caused each member of my family. My teenage children are old enough to recognize that I am fallible and guilty of a criminal offense. While they may not say it, I feel as though I have disappointed my wife, children, and family, and let them down. I feel as though my conduct has tarnished the admiration, trust, and respect my family has for me. That sense of disappointment is the most devastating punishment for me.

    I am motivated to restore my family's admiration, trust, and respect in me. I hope to accomplish this by always being there for them and leading an exemplary and purposeful life. A first step has been acknowledging and accepting responsibility for my misconduct by pleading guilty. My desire to making amends to the victim and making full restitution serves as another example of my desire to rectify my misconduct. I never again want to be a man who let them down.

    I know making amends is not quick and easy. It takes time and consistency. I support my family, provide income through my business for many other families, and meet my restitution obligations because that is what responsibility looks like for me.

    I cannot change the past. However, I wake up every morning trying to be a better husband, father, son, brother, and boss than the person I was before. I am trying to earn trust back one day at a time.

    I know addiction because I lived it. I know how quickly bad choices can take over one's life. Staying sober has taught me humility and accountability. It also taught me how important it is to have support and help others when they are lost. I also know grief, as I lost my four-year-old nephew in a drowning accident three years ago. That pain never subsides and has changed how I see life and made me realize just how fragile everything is. It has pushed me to help people who are hurting, confused, and desperate for help.

    Today, I am committed to using my skills, my work, and my platform to help thousands

of people find treatment, care, and support when they are struggling with addiction, mental health issues, and families making difficult decisions for their senior loved ones. This work matters to me because it lets me give something back and live with purpose.

I am committed to moving forward with integrity, humility, and accountability, and to proving through my actions that I am worthy of the opportunity to continue serving my family, my business teams, and my hundreds of clients through my three businesses and work at All Points North Rehab.

I also want to state with no equivocation that I will abide by and follow every condition this Court sets. I will obey the law and comply with supervision, counseling, monitoring, and reporting. I will make restitution payments on time and in full. I will continue to be honest and transparent with the Court, and anyone assigned to supervise me. I understand that this is my responsibility, and I take it very seriously.

_____
Jordan Roman

To Whom It May Concern,

I write this letter with fear of what the future holds for Jordan, his family, and our business that he works for us and with me in. I have worked with Jordan for more than five years at All Points North a drug and mental health center in Colorado. Over that time, he has become more than an employee to me. He is a trusted friend and business partner, even attending some of my son's basketball games. He has shown over our time together like me cares deeply about helping people heal and get better who are struggling with drug addiction and mental health issues.

In 2024 based on his success in turning around All Points North business, we started BMS Marketing together. We did this to help more treatment centers like All Points North reach people who need help, which is a much underserved need within the United States. From the very start, Jordan poured everything he has experienced and knowledge of digital services into making BMS Marketing as well as All Points North Lodge a success not only financially but with the outcomes of our clients as a driving force. Because of him, APN and BMS have both grown and have helped more families find the resources they need to become healthy and continue their lives free from addiction.

Jordan does not only see numbers and reports when managing our marketing. He sees people and like me knows that every phone call and every message is someone asking for help. It could be a son, a daughter, or a loved one who is scared and hurting. Jordan treats every person with care and respect and because of this his work has helped save many lives, and I am sure the families and individuals he has helped are grateful as well.

Jordan is a big reason our companies run so well and it would be incredibly hard for All Points North Lodge to replace him. He has shown compassion to our company by waiving his bonuses at times when All Points North was struggling financially and acts like this truly show his commitment to others and our mission at APN, he has always been a team player at All Points North.  At BMS, he takes care of our billing and finances and he also runs all of our digital ads and campaigns for our clients as well as our weekly and monthly calls to go over performance and give recommendations on how to improve and reach their goals. He builds them, fixes them, and makes them better every day, he works with great focus and pride for the work we are doing. He always tries to do what is right for our clients, and clearly tells clients not what they want to hear but the truth about their digital marketing efforts and campaigns.

All Points North and BMS Marketing would not be what they are today without Jordan. His ideas, hard work, and dedication helped us grow and remain profitable so we can

continue our mission. More than that, he helps us remember why we do this work, to help people heal, grow stronger, and start again in their lives.

Jordan is one of the most loyal people I know and everyday sets a good example for everyone around him. If we ever lost Jordan, it would hurt our work and our hearts and our companies would not feel the same without him.

It is rare to find someone who is both very skilled and very caring in the digital world, most digital agencies only care about spending more regardless of the effect on the client, I have worked with many like these before Jordan came to us.  Jordan is different and I am grateful to have found him and work with him, and to share this mission of helping people with their recovery at All Points North and BMS Marketing.  It would be my hope that Jordan is able to continue on our course of helping people find recovery for the so many that are in need.

Sincerely,
Noah Nordheimer
President & Founder, All Points North
Co-Founder, BMS Marketing

My name is Jacob Gehl, and I am Jordan's business partner and co-founder at SJ2 Digital.

I have known Jordan for more than twelve years and my wife and his wife our best friends. He is my friend, and I work with him every day.  He always tries to do the right thing with our clients, even if it is not in our financial best interest at SJ2, he puts our clients' goals first always. He is also a great husband and dad and is a part of my families lives as well. We even had him read a prayer at our son's bar mitzvah, our only friend we asked to play a role in the service.

Four years ago, Jordan and I started SJ2 Digital together from a failed venture, I had been trying to develop a directory listing for seniors and Jordan came in and tried to redirect the ship without charging me for his effrots. Jordan worked hard to help our company grow at SJ2. He knows more about google and digital marketing than anyone I have come in contact with, and he uses his skills to help our clients succeed. He explains things in a clear way, so people understand and trust him. Because of Jordan, our company is strong and continues to grow month over month for the last 4 years.

Jordan also takes care of our money and finances at SJ2, he pays all the bills and employees and also does all the client invoicing. I trust him completely with this responsibility. He is careful, fair, and honest with everyone at SJ2. He has always done the right thing and never taken more than he earned and with Jordan I know our business has a long runway ahead.

Our clients really like and respect Jordan and I am often told by the owners of these companies how much he helps them, many of them say they would be lost without him. We even share their kind words on our SJ2 website as client testimonials. Jordan works hard, talks with our clients daily, and truly wants them to do well. He works with so many people within our business and his other business he is a part of, and I really don't know how he is able to juggle it all or where he finds the energy to listen to all of them.

Every day, I depend on Jordan and SJ2 Digital would not be where it is today without him. I would recommend Jordan to anyone who needs help with digital marketing and digital lead generation.  Jordan's work helps many people and our employees and their families depend on him to keep thing going. We also help hundreds of senior living communities, these communities rely on Jordan's work to find new residents and help their families in one of the most difficult decisions they will make in their lifetimes.  Because of Jordan, many people across the country get the care they need and one of Jordan main talking points is that there are differences amongst caregivers and people deserve to know the difference and I truly believe that as well.

Jordan is not just my business partner and good friend, he is someone my family and I rely on for income to fund our lives, but more so he is helping so many people every day through his work.  Our team, our clients, and our communities we support would all agree and say the same.

I am proud to work with Jordan, and I am thankful for everything he does.

Jacob Gehl

**Dear Judge,**

**I want to thank you for taking the time to read my letter.**

**I write this letter with the heaviest of hearts and all the worries in the world. A letter never in my life I ever thought I would be writing but here we are.**

**My husband is a good man. A family man who lives for me and our two beautiful kids, Charlotte 14 and Ryder 13. We depend on him emotionally, physically, and financially to be their for our family. Not only is he the best dad, but also the best uncle, and son and most supportive husband.**

**He helps so many people. He changed his life path years ago and he helps people with drug addiction, mental health issues get the into places where they can get the help they need to survive. These people and facilities depend on him. He has helped so many people heal.**

**He helps seniors find housing when they can't live alone anymore. Countless people depend on him everyday.**

**We need him home to be with us. He is our rock, our center, our person. He is a changed man. Please don't take my childrens dad away from them. They need him not just because he does support us financially but they need a dad at home to be their for them! I care for my terminally ill sister and depend on Jordan to help with the kids.**

**Countless people depend on him he is making safer places for seniors to live and helping drug addicts and mental health patients get the help they need. We can't live without him. I am begging you to not take him away from us.**

**I am pleading with you to understand what a good person he is. He will make restitution. He will do his part. We need him, depend on him and love him so much.**

**Thank you again for your time.**

Sincerely,


Samantha Roman

I have known Jordan for a very long time, and I care about him very much. He is my family and when you know someone for many years, you learn who they really are. I know that Jordan is a good person at heart.

Back in 2015, I lent him $20,000, and in 2017 he paid me back every single penny. No fuss, no excuses, no problems. I trusted him then, and I trust him just as much now. If he ever needed anything, I would be there for him in a heartbeat, and that is what family does.

But the money part isn't what matters most to me. What matters is the kind of person Jordan has always been and how he acts towards his friends and family. He always talks about his family with so much pride, and you can just hear how important they are to him when he speaks about them. His family always comes first, and that tells you everything you need to know about his character.

Jordan has also always had a great big heart. He truly cares about mental health and helping people who are struggling. These aren't just words to him and I've seen how much time, energy, and love he puts into helping others. The work he's built over the years comes from real compassion and sympathy.

As a friend, Jordan has always been heartfelt, when we talk, he listens. He doesn't rush me or judge me. He makes you feel heard and valued, and that's something you don't see enough of these days.

When you reach my age you learn that character isn't about big speeches or fancy promises. It's about being steady and dependable and doing the right thing. Jordan has been that way for as long as I've known him, both in his personal life and in his work.

I respect and care about him very much and don't want to see anything bad come for him. I felt it was important to share this from my heart, as someone who has watched him grow over many years and who knows the kind of man he truly is.

Terry Mittelman

*[signature]*